UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 01-0198 (CKK) |
| | ) | |
| JASON DAVID HART, | ) | CASE NUMBER 1:05CV01463 |
| Defendant. | ) | JUDGE: Colleen Kollar-Kotelly |
| | ) | DECK TYPE: Habeas Corpus/2255 |

MOTION PURSUANT TO 28 U.S.C. § 2255
VACATE, SET ASIDE OR CORRECT SENTENCE

DATE STAMP: 07/26/2005

Defendant Jason David Hart, through counsel, hereby moves pursuant to 28 U.S.C. § 2255, to vacate, set aside or correct his sentence on the ground that it was imposed illegally under United States v. Booker, 125 S.Ct. 738 (2005).

I. **PROCEDURAL HISTORY**

On June 7, 2001, Mr. Hart was indicted on one count of possession of firearms and ammunition by a felon, in violation of 18 U.S.C. § 922(g). On August 17, 2001, Mr. Hart pleaded guilty to the indictment without a written plea agreement, admitting that on April 17, 2001, the police arrived at his home to inform him and his mother that his brother, Justin Hart, had been shot and killed. (Tr. 8/17/01 at 11-12). When Mr. Hart heard the news he began screaming, "Not my brother. They killed my brother." (Id. at 12). The police observed Mr. Hart come out of his bedroom with a gun in each hand, one a functional .32 caliber pistol and one a non-functional .38 caliber pistol. (Id. at 14-15). Mr. Hart put the guns down and was arrested. (Id. at 13).